E-filed 3/1/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMANDO PEREZ GARCIA, et al.,<br><br>    Defendants. | Case No. 17-cv-00137-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 10 |

    The court has been informed that plaintiff has settled with defendants Armando Perez Garcia, Jose De Jesus Perez Garcia, and Francisco Ramos, all d/b/a Taqueria Los Grullenses.

    On or before April 4, 2017, plaintiff shall file a notice of dismissal or a stipulated dismissal as to these three defendants pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on April 18, 2017, at 10:00 a.m. and show cause, if any, why the three aforementioned defendants should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than April 4, 2017, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this

1 Order.

2 **IT IS SO ORDERED.**

3 Dated: 3/1/2017

Howard R. Lloyd
United States Magistrate Judge